UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GERALD DIAZ | § | |
| | § | |
| VS. | § | NO: AU:16-CV-01225-RP |
| | § | |
| POMA GLASS & SPECIALTY | § | |
| WINDOWS, INC., J.B. HUNT | § | |
| TRANSPORT, INC. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE ROBERT PITMAN, U.S.D.J.:

Pursuant to Local Rule CV-88 and this Court's Scheduling Order, Plaintiff Gerald Diaz ("Diaz"), Defendant Poma Glass & Specialty Windows, Inc. (hereinafter "Poma Glass") and Defendant J.B. Hunt Transport, Inc. (hereinafter "J.B. Hunt") file this Joint Alternative Dispute Resolution Report:

1. The Parties have made written offers of settlement to each other. At the current time, negotiations are ongoing.

2. Gregory L. Gowan, is the person responsible for settlement negotiations on behalf of Plaintiff Diaz. Jeff D. Otto and Melissa J. Ackie are the people responsible for settlement negotiations on behalf of Defendant Poma Glass. Michael C. Wright is the person responsible for settlement negotiations on behalf of Defendant J.B. Hunt.

3. Counsel for the Parties hereby certify that their respective clients have been informed of the ADR procedures available in this District.

4. The Parties believe that mediation may be an appropriate form of alternative dispute resolution for this case and are agreeable to discussion of mediation at an appropriate

time. The Parties believe that they would be able to select a mediator by agreement. The Parties will share the cost of mediation equally and compensate the mediator accordingly.

Respectfully submitted,

**GOWAN ELIZONDO, LLP**

By: /s/ *Gregory L. Gowan*
Gregory L. Gowan
State Bar No. 00795384

555 N. Carancahua, Ste. 1400
Corpus Christi, Texas 78401
(361) 651-1000 - Telephone
(361) 651-1001 - Fax
Email: ggowan@gelawfirm.com

**ATTORNEYS FOR PLAINTIFF**


**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: /s/ *Melissa J. Ackie*
Jeff D. Otto
State Bar No. 15345500
Melissa J. Ackie
State Bar No. 24088686

701 Brazos, Suite 1500
Austin, Texas 78701
(512) 708-8200 - Telephone
(512) 708-8777 - Fax
Email: jotto@thompsoncoe.com
Email: mackie@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**POMA GLASS & SPECIALTY WINDOWS, INC.**

**RUSSELL & WRIGHT, PLLC**

By:    */s/ Michael C. Wright*
       Michael C. Wright
       State Bar No. 22049807

15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
(972) 267-8400 - Telephone
(972) 267-8401 - Fax
Email: mwright@rwtrial.com

**ATTORNEYS FOR DEFENDANT
J.B. HUNT TRANSPORT, INC.**

# CERTIFICATE OF SERVICE

       I hereby certify that on this 10th day of April, 2017, a copy of The Joint Alternative Dispute Resolution Report was electronically filed and served via electronic mail and facsimile on the attorney(s) listed below:

*Via Email:* ggowan@gelawfirm.com
*Via Email:* rwilliams@gelawfirm.com
Gregory L. Gowan
GOWAN ELIZONDO, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
**Counsel for Plaintiff**

*Via Email:* mwright@rwtrial.com
Michael C. Wright
RUSSELL & WRIGHT, PLLC
15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
**Counsel for Defendant J.B. Hunt Transport, Inc.**

                                                    */s/ Melissa J. Ackie*
                                                    Melissa J. Ackie

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT          Page **4** of **4**
2695342v2
03904.292