IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GERALD DIAZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-cv-1225-RP |
| POMA GLASS & SPECIALTY WINDOWS, INC. and J.B. HUNT TRANSPORT, INC., | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above-entitled action. On April 18, 2018, the Court issued an order granting Defendant J.B. Hunt Transport, Inc.'s motion to enforce the settlement agreement by dismissing the claims against it. (Dkt. 49). The Court also issued an order granting Defendant Poma Glass & Specialty Windows, Inc.'s motion for summary judgment. (Dkt. 50). Having done so, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all federal claims and causes of action asserted by Plaintiff in this action are **DISMISSED**. All relief not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring same.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on April 19, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE